JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -2 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 825

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MEMORY METALS, INC., SECURITIES LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of the four actions listed on the attached Schedule A and pending in two districts as follows: two actions in the District of Connecticut and two actions in the Southern District of New York. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by PaineWebber Incorporated to centralize the actions in the District of Connecticut for coordinated or consolidated pretrial proceedings. All responding parties oppose the motion.

On the basis of the papers filed and the hearing held, the Panel finds that transfer under 28 U.S.C. §1407 would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of the litigation. While the underlying disputes among the parties may be similar in both districts, the two New York actions were instituted solely to decide the issue of the proper arbitration forum for the parties to the two New York actions. That matter has since been decided by the New York court. Accordingly, we are not persuaded that any common factual questions remain in the New York actions that would warrant centralization with the actions in the District of Connecticut.

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, for transfer of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Milton Pollack recused himself and took no part in the decision of this matter. Additionally, Judge Robert H. Schnacke took no part in the decision of this matter.

SCHEDULE A

MDL-825 -- In re Memory Metals, Inc., Securities Litigation

### Southern District of New York

PaineWebber Incorporated v. James M. Pitchford, et al., C.A. No. 88-4400 (KC)
PaineWebber Incorporated v. Joseph Buechot, et al., C.A. No. 88-4401 (KC)

### District of Connecticut

Abraham Garfinkel, et al. v. Memory Metals, Inc., et al., C.A. No. B-86-488 (WWE)
Peter Abrams, et al. v. PaineWebber Incorporated et al., C.A. No. B-89-125 (WWE)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 10 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 825

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MEMORY METALS, INC., SECURITIES LITIGATION

ORDER*

Presently before the Panel is a motion by the defendants in the Southern District of New York actions that were subject to the original 28 U.S.C. §1407 transfer motion in this docket brought by PaineWebber Incorporated (PaineWebber). Movants seek an award of the attorneys' fees and costs they incurred in successfully opposing PaineWebber's motion for transfer under Section 1407.

On the basis of the papers filed,[1/] we are not persuaded that PaineWebber's motion for transfer was frivolous or advanced for improper purposes, and we therefore deny the motion for attorneys' fees and costs. See, e.g., In re Continental Air Lines, Inc. Employment Practices Litigation, MDL-469 (J.P.M.L., filed July 9, 1981) (unpublished order); In re Royal Typewriter Co. (Royal Bond Copier) Breach of Warranty Litigation, 435 F.Supp. 925, 926 (J.P.M.L. 1977).

FOR THE PANEL:

*signature*

Andrew A. Caffrey
Chairman

---

\*  Judge Milton Pollack recused himself and took no part in the decision of this matter. Additionally, Judge Louis H. Pollak took no part in the decision of this matter.

[1/]  The Panel has deemed this motion submitted on the basis of the papers filed. See Rule 16(b), R.P.J.P.M.L., 120 F.R.D. 251, 261 (1988).